# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:09−cv−00128−FJM

| | |
|---|---|
| Peter Strojnik, P.C., et al v. Heart Tronics, Inc., et al | Date Filed: 01/21/2009 |
| Assigned to: Judge Frederick J Martone | Date Terminated: 05/27/2009 |
| Demand: $40,522,000 | Jury Demand: Both |
| Case in other court: Maricopa County Superior Court, CV2008−031720 | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

Cause: 28:1332 Diversity−Personal Injury

**Plaintiff**

**Peter Strojnik**                         represented by   **Peter Strojnik**
*an individual*                                             Peter Strojnik PC
                                                            3030 N Central Ave
                                                            Ste 1401
                                                            Phoenix , AZ 85012
                                                            602−524−6602
                                                            Fax: 602−296−0135
                                                            Email: strojnik@aol.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Peter Kristofer Strojnik**
                                                            The Law Firm of Peter Strojnik
                                                            3030 N Central Ave
                                                            Ste 1401B
                                                            Phoenix , AZ 85012
                                                            602−297−3019
                                                            Email: pksesq@aol.com
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Strojnik, P.C.**                   represented by   **Peter Strojnik**
*an Arizona Corporation*                                    (See above for address)

                                                            **Peter Kristofer Strojnik**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Heart Tronics, Inc.**                    represented by   **Christopher Geoffrey Stuart**
*a Delaware Corporation*                                    −
*formerly known as*                                         4310 N 75th St
Signalife, Inc.                                             Scottsdale , AZ 85251
                                                            480−874−9898
                                                            Fax: 480−990−7860
                                                            Email: christopher.stuart@azbar.org
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Cyril Maher, II**  represented by **Christopher Geoffrey Stuart**
*an individual*  (See above for address)
*also known as*  *ATTORNEY TO BE NOTICED*
Joseph Cyril Majer, II
*doing business as*
Law Offices of Joseph C. Maher

**Defendant**

**Alicia Dora Maher**
*an individual*
*TERMINATED: 03/26/2009*

**Defendant**

**Pollet, Richardson &Patel**  represented by **Jay Lawrence Ciulla**
*a California Law Corporation*  Ciulla Torralba PLLC
*TERMINATED: 03/26/2009*  3030 N Central Ave
 Ste 608
 Phoenix , AZ 85012
 602–495–0053
 Fax: 602–258–7199
 Email: jay@ctlawaz.com
 *ATTORNEY TO BE NOTICED*

**Defendant**

**Luan Kinh Phan**  represented by **Luan K Phan**
*an individual*  The Phan Law Group
 6080 Center Dr
 Los Angeles , CA 90045
 310–242–5600
 Fax: 310–943–2126
 Email: lphan@lkplaw.com
 *ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Claire Phan**  represented by **Mary Claire Phan**
*an individual*  5885 W. 74th Street
*TERMINATED: 03/26/2009*  Los Angeles, CA 90045
 310–216–6724
 Fax: 310–943–2126
 PRO SE

**Defendant**

**David Zev Ribakoff**  represented by **Jay Lawrence Ciulla**
*an individual*  (See above for address)
 *ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe Ribakoff**
*an individual*

TERMINATED: 03/26/2009

**Defendant**

**ABC Defendants**

*1–50*

**Defendant**

**Richardson &Patel LLP**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2009 | Ï 1 | NOTICE OF REMOVAL *of Action Under 28 U.S.C. 1441(B)(Diversity)* from Maricopa County Superior Court, case number CV2008–031720 Filing fee received: $ 350.00, receipt number 09700000000002511239, filed by Luan Kinh Phan and Mary Claire Phan. (Attachments: # 1 Civil Cover Sheet, # 2 Supplemental Civil Case Cover Sheet)(Phan, Luan) CORRECTIVE ENTRY DUE TO ATTORNEY SELECTING INCORRECT FILERS. Modified on 1/22/2009 (HLA). (Entered: 01/21/2009) |
| 01/21/2009 | Ï | This case has been assigned to the Honorable Frederick J. Martone. All future pleadings or documents should bear the correct case number: CIV–09–128–PHX–FJM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (HLA) (Entered: 01/22/2009) |
| 01/21/2009 | Ï | ***STATE COURT RECORD RECEIVED: SUMMONS Returned Executed by Peter Strojnik, P.C. and Peter Strojnik. Registered Agent Incorporating Services, Ltd. served by certifed mail for Heart Tronics, Inc. on 12/23/2008. FILED IN STATE COURT. ENTERED IN DISTRICT COURT FOR CASE MANAGEMENT PURPOSES.*** (HLA) (Entered: 01/23/2009) |
| 01/21/2009 | Ï | ***STATE COURT RECORED RECEIVED: SUMMONS Returned Executed by Peter Strojnik. Joseph Cyril Maher, II served by certified mail on 12/29/2008; Luan Kinh Phan served by certified mail on 12/23/2008; Mary Claire Phan served by certified mail on 12/22/2008; David Zev Ribakoff served on 12/23/2008. FILED IN STATE COURT. ENTERED IN DISTRICT COURT FOR CASE MANAGEMENT PURPOSES.**** (HLA) (Entered: 01/28/2009) |
| 01/22/2009 | Ï 2 | Notice re Magistrate Consent Form. (HLA) (Entered: 01/22/2009) |
| 01/22/2009 | Ï 3 | Notice of Removal Letter from USDC, District of Arizona. (HLA) (Entered: 01/22/2009) |
| 01/22/2009 | Ï 4 | NOTICE TO FILER OF DEFICIENCY re 1 Notice of Removal, filed by Luan Kinh Phan and Mary Claire Phan. Description of deficiency: (1) Incorrect party role defendant selected for Law Offices of Joseph C. Maher. Correct party role is alias. (2) Address, phone or email information was incorrectly added to the Party Information screen. At the Party Information screen, only the Party text field should be used when appropriate. (3) Document not in compliance with LRCiv 7.1(c), document should be converted to a PDF directly from a word processing program, rather than created from the scanned image of apaper document. (HLA, ) (Entered: 01/22/2009) |
| 01/26/2009 | Ï 5 | |

| | | |
|---|---|---|
| | | Notice of Consent to Removal by David Zev Ribakoff (SAT) (Entered: 01/27/2009) |
| 01/28/2009 | Ï 6 | Notice re Consent and Consent to Removal of Action –– and Demand for Jury Trial by Joseph Cyril Maher, II (Stuart, Christopher) (Entered: 01/28/2009) |
| 02/02/2009 | Ï 7 | MOTION to Allow Electronic Filing by a Party Appearing Without an Attorney by David Zev Ribakoff. (REW, ) (Entered: 02/03/2009) |
| 02/06/2009 | Ï 8 | NOTICE of Motion and MOTION to Dismiss David Z. Ribakoff for Lack of Personal Jurisdiction, MOTION to Transfer Case to Central District of California by David Zev Ribakoff. (LAD) (Entered: 02/09/2009) |
| 02/06/2009 | Ï 9 | DECLARATION of David Ribakoff in Support of 8 MOTION to Dismiss David Z. Ribakoff for Lack of Personal Jurisdiction, MOTION to Transfer Case to Central District of California by Defendant David Zev Ribakoff. (LAD) (Entered: 02/09/2009) |
| 02/09/2009 | Ï 10 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Personal Jurisdiction by Luan Kinh Phan, Mary Claire Phan. (LAD) (Entered: 02/10/2009) |
| 02/09/2009 | Ï 11 | DECLARATION of Luan Kinh Phan and Mary Claire in Support of 10 MOTION to Dismiss for Lack of Personal Jurisdiction by Defendants Luan Kinh Phan, Mary Claire Phan. (LAD) (Entered: 02/10/2009) |
| 02/10/2009 | Ï 12 | SUMMONS Returned Executed by Peter Strojnik, P.C.. Pollet, Richardson &Patel served on 2/3/2009. (Strojnik, Peter) (Entered: 02/10/2009) |
| 02/12/2009 | Ï 13 | First MOTION to Dismiss Case for Lack of Jurisdiction by Joseph Cyril Maher, II. (Attachments: # 1 Affidavit Declaration of Def. Joseph Maher in Support of Motion to Dismiss)(Stuart, Christopher) (Entered: 02/12/2009) |
| 02/12/2009 | Ï 14 | Corporate Disclosure Statement by Heart Tronics, Inc.. (Stuart, Christopher) (Entered: 02/12/2009) |
| 02/12/2009 | Ï 15 | Joinder re 8 MOTION to Dismiss Party David Z. Ribakoff MOTION to Change Venue/Transfer Case to Central District of California, 11 Declaration, 13 First MOTION to Dismiss Case for Lack of Jurisdiction, 9 Declaration, 10 MOTION to Dismiss Party by Defendant Heart Tronics, Inc.. (Stuart, Christopher) (Entered: 02/12/2009) |
| 02/24/2009 | Ï 16 | RESPONSE in Opposition re 8 MOTION to Dismiss Party David Z. Ribakoff MOTION to Change Venue/Transfer Case to Central District of California, 13 First MOTION to Dismiss Case for Lack of Jurisdiction, 10 MOTION to Dismiss Party AND MOTION for Jurisdictional Discovery filed by Peter Strojnik, P.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Strojnik, Peter) Modified on 2/25/2009 TO INCLUDE MOTION (KMG). (Entered: 02/24/2009) |
| 02/24/2009 | Ï 17 | Notice re Notice of Service of doc 16 on Defendant Ribakoff by Peter Strojnik, P.C. re 16 Response in Opposition to Motion, (Strojnik, Peter) (Entered: 02/24/2009) |
| 03/01/2009 | Ï 18 | MOTION for Entry of Default and Default Judgment by Plaintiff Peter Strojnik, P.C. against Pollet, Richardson &Patel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Strojnik, Peter) Modified on 3/2/2009 (DMT, ). THIS ENTRY HAS BEEN MODIFIED FROM APPLICATION TO |

| | | |
|---|---|---|
| | | MOTION AND "DEFAULT JUDGMENT" HAS BEEN ADDED TO TEXT. (Entered: 03/01/2009) |
| 03/04/2009 | Ï 19 | ORDER denying the 7 Motion to Allow Electronic Filing by a Party Appearing Without an Attorney, because of the problems associated with it. Signed by Judge Frederick J Martone on 3/3/09.(KMG) (Entered: 03/04/2009) |
| 03/11/2009 | Ï 20 | NOTICE of Appearance by Jay Lawrence Ciulla on behalf of David Zev Ribakoff (Ciulla, Jay) (Entered: 03/11/2009) |
| 03/11/2009 | Ï 21 | Notice of JOINDER in Reply 23 by David Zev Ribakoff (Ciulla, Jay) Modified on 3/13/2009 INCORRECT DOCUMENT EVENT SELECTED; THIS ENTRY HAS BEEN MODIFIED FROM (Notice) TO (Joinder); LINKAGE ADDED (REW, ). (Entered: 03/11/2009) |
| 03/11/2009 | Ï 22 | DECLARATION of Declaration in Support of Notice of Joinder in Reply re 21 Other Notice by Defendant David Zev Ribakoff. (Ciulla, Jay) (Entered: 03/11/2009) |
| 03/11/2009 | Ï 23 | REPLY Memorandum of Points and Authoritites to Response to Motion in Support of Defendants 10 MOTION to Dismiss Party for Lack of Personal Jurisdiction filed by Luan Kinh Phan, Mary Claire Phan. (SAT) (Entered: 03/12/2009) |
| 03/16/2009 | Ï 24 | NOTICE of Appearance by Jay Lawrence Ciulla on behalf of Pollet, Richardson &Patel (Ciulla, Jay) (Entered: 03/16/2009) |
| 03/16/2009 | Ï 25 | MOTION to Dismiss Party Pollet, Richardson &Patel, a California Law Corporation by Pollet, Richardson &Patel. (Ciulla, Jay) (Entered: 03/16/2009) |
| 03/16/2009 | Ï 26 | DECLARATION of Declaration of Addison Adams in Support of Motion to Dismiss and Objection to Entry of Default re 25 MOTION to Dismiss Party Pollet, Richardson &Patel, a California Law Corporation by Defendant Pollet, Richardson &Patel. (Attachments: # 1 Exhibit Exhibits to Adams Declaration)(Ciulla, Jay) (Entered: 03/16/2009) |
| 03/18/2009 | Ï 27 | REPLY in Support re 10 MOTION to Dismiss Party *Joseph Cyril Maher* filed by Joseph Cyril Maher, II. (Stuart, Christopher) (Entered: 03/18/2009) |
| 03/18/2009 | Ï 28 | ORDER – Rule 16 Scheduling Conference set for 5/29/2009 at 2:00 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Frederick J Martone. Parties shall their joint Proposed Case Management Plan not less than 5 days before the conference. Signed by Judge Frederick J Martone on 3/18/2009. (KAR) (Entered: 03/18/2009) |
| 03/26/2009 | Ï 29 | NOTICE of Party Dismissal by Peter Strojnik, P.C.. Party Alicia Dora Maher terminated. (Strojnik, Peter) (Entered: 03/26/2009) |
| 03/26/2009 | Ï 30 | NOTICE of Party Dismissal by Peter Strojnik, P.C.. Party Mary Claire Phan terminated. (Strojnik, Peter) (Entered: 03/26/2009) |
| 03/26/2009 | Ï 31 | NOTICE of Party Dismissal by Peter Strojnik, P.C.. Party Pollet, Richardson &Patel terminated. (Strojnik, Peter) (Entered: 03/26/2009) |
| 03/26/2009 | Ï 32 | NOTICE of Party Dismissal by Peter Strojnik, P.C., Peter Strojnik. Party Jane Doe Ribakoff terminated. (Strojnik, Peter) (Entered: 03/26/2009) |
| 03/26/2009 | Ï 33 | |

| | | |
|---|---|---|
| | | AMENDED COMPLAINT against Richardson &Patel LLP, ABC Defendants, Heart Tronics, Inc., Joseph Cyril Maher, II, Luan Kinh Phan, David Zev Ribakoff;Jury Demand, filed by Peter Strojnik, P.C., Peter Strojnik. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Strojnik, Peter) (Entered: 03/26/2009) |
| 04/02/2009 | Ï 34 | MOTION to Dismiss Case for Lack of Jurisdiction *Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction* by Luan Kinh Phan. (Phan, Luan) (Entered: 04/02/2009) |
| 04/02/2009 | Ï 35 | DECLARATION of Declaration of Luan Kinh Phan In Support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction re 34 MOTION to Dismiss Case for Lack of Jurisdiction *Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction* by Defendant Luan Kinh Phan. (Phan, Luan) (Entered: 04/02/2009) |
| 04/03/2009 | Ï 36 | Second MOTION to Dismiss Case for Lack of Jurisdiction by Joseph Cyril Maher, II. (Attachments: # 1 Declaration of Joseph Maher in Support of Motion to Dismiss Amended Complaint)(Stuart, Christopher) (Entered: 04/03/2009) |
| 04/03/2009 | Ï 37 | Joinder *in Defendants Maher's and Phan's Motions to Dismiss First Amended Complain* by Defendant Heart Tronics, Inc.. (Stuart, Christopher) (Entered: 04/03/2009) |
| 04/07/2009 | Ï 38 | RESPONSE to Motion re 36 Second MOTION to Dismiss Case for Lack of Jurisdiction, 34 MOTION to Dismiss Case for Lack of Jurisdiction *Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction* filed by Peter Strojnik, P.C., Peter Strojnik. (Attachments: # 1 Exhibit 1)(Strojnik, Peter) (Entered: 04/07/2009) |
| 04/08/2009 | Ï 39 | MOTION to Dismiss Party David Z. Ribakoff by David Zev Ribakoff. (Ciulla, Jay) (Entered: 04/08/2009) |
| 04/13/2009 | Ï 40 | RESPONSE to Motion re 39 MOTION to Dismiss Party David Z. Ribakoff filed by Peter Strojnik, P.C., Peter Strojnik. (Strojnik, Peter) (Entered: 04/13/2009) |
| 04/13/2009 | Ï 41 | REPLY in Support of Motion, re: 38 Response to Defendant Luan Kinh Phan's 34 Motion to Dismiss Plaintiffs' First Amended Complaint by Luan Kinh Phan. (Phan, Luan) Modified on 4/14/2009 INCORECT DOCUMENT EVENT SELECTED; THIS ENTRY HAS BEEN MODIFIED FROM (Motion) TO (Reply to Response to Motion) (REW, ). (Entered: 04/13/2009) |
| 05/19/2009 | Ï 42 | NOTICE TO PARTY OF DEFICIENCY RE CORPORATE DISCLOSURE STATEMENT: Pursuant to FRCiv 7.1 and LRCiv 7.1.1 the attached Corporate Disclosure Statement form must be filed by all nongovernmental corporate parties with their first appearance. A supplemental statement must be filed upon any change in the information. In addition, if not already filed, the Corporate Disclosure Statement should be filed within 15 days. Corporate Disclosure Statement Deadline set for 6/3/2009 as to Peter Strojnik, P.C. (KAR) (Entered: 05/19/2009) |
| 05/23/2009 | Ï 43 | REPORT re: Rule 26(f) Planning Meeting by Peter Strojnik, P.C., Peter Strojnik. (Strojnik, Peter) (Entered: 05/23/2009) |
| 05/27/2009 | Ï 44 | |

| | | ORDER – IT IS ORDERED DENYING dft's original motions to dismiss as moot (docs. 8 , 10 , 13 , 25 ), and DENYING plas' 16 Motion for jurisdictional discovery. IT IS ORDERED GRANTING dfts' alternative motions to transfer venue(docs. 34 , 36 , 39 ). IT IS ORDERED transferring this case to the United States District Court for the Central District of California. Signed by Judge Frederick J Martone on 5/27/09. (SAT) (Entered: 05/27/2009) |