LUAN KINH PHAN (SBN 185985)
Email: lkplaw@yahoo.com
IN PRO PER
5885 W. 74th Street
Los Angeles, CA 90045
Phone: (310) 216-6724
Fax: (310) 943-2126

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>HEART TRONICS, INC., a Delaware Corporation f/k/a Signalife, Inc.; JOSEPH CYRIL MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; RICHARDSON & PATEL, LLP, a California limited liability partnership; LUAN KINH PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; ABC DEFENDANTS 1-50,<br><br>            Defendants. | Case No. CV09-4096 GHK (RZx)<br><br>Hon. George H. King<br>Dept.: 650<br><br>**NOTICE OF FILING OF ALL DOCUMENTS FILED IN THE TRANSFEROR COURT (UNITED STATES DISTRICT COURT – DISTRICT OF ARIZONA – PHOENIX – CASE NO. 2:09-cv-128-PHX-FJM)**<br><br>Complaint Filed: December 15, 2008<br>Discovery Cut-Off:<br>Trial Date: |

i

1

## TABLE OF CONTENTS

2

| Exhibit | Date Filed | Documents | Page No. |
|---------|-----------|-----------|----------|
| 1. | 01/21/09 | NOTICE OF REMOVAL of Action Under 28 U.S.C. 1441(B)(Diversity) from Maricopa County Superior Court, case number CV2008−031720 (Attachments: # 1 Civil Cover Sheet, # 2 Supplemental Civil Case Cover Sheet). | 1-106 |
| 2. | 01/22/09 | Notice re Magistrate Consent Form. | 107 |
| 3. | 01/22/09 | Notice of Removal Letter from USDC, District of Arizona. | 108 |
| 4. | 01/22/09 | NOTICE TO FILER OF DEFICIENCY re 1 Notice of Removal, filed by Luan Kinh Phan and Mary Claire Phan. | 109 |
| 5. | 01/26/09 | Notice of Consent to Removal by David Zev Ribakoff. | 110-111 |
| 6. | 01/28/09 | Notice re Consent and Consent to Removal of Action −− and Demand for Jury Trial by Joseph Cyril Maher, II. | 112-115 |
| 7. | 02/02/09 | MOTION to Allow Electronic Filing by a Party Appearing Without an Attorney by David Zev Ribakoff. | 116-118 |
| 8. | 02/06/09 | NOTICE of Motion and MOTION to Dismiss David Z. Ribakoff for Lack of Personal Jurisdiction, MOTION to Transfer Case to Central District of California by David Zev Ribakoff. | 119-132 |
| 9. | 02/06/09 | DECLARATION of David Ribakoff in Support of 8 MOTION to Dismiss David Z. Ribakoff for Lack of Personal Jurisdiction, MOTION to Transfer Case to Central District of California by Defendant David Zev Ribakoff. | 133-135 |
| 10. | 02/09/09 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Personal Jurisdiction by Luan Kinh Phan, Mary Claire Phan. | 136-148 |
| 11. | 02/09/09 | DECLARATION of Luan Kinh Phan and Mary Claire in Support of 10 MOTION to Dismiss for Lack of Personal Jurisdiction by Defendants Luan Kinh Phan, Mary Claire Phan. | 149-153 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ii

| 12. | 02/10/09 | SUMMONS Returned Executed by Peter Strojnik, P.C. Pollet, Richardson & Patel served on 2/3/2009. | 154-159 |
|-----|----------|---------------------------------------------------------------------------------------------------|---------|
| 13. | 02/12/09 | First MOTION to Dismiss Case for Lack of Jurisdiction by Joseph Cyril Maher, II. (Attachments: # 1 Affidavit Declaration of Def. Joseph Maher in Support of Motion to Dismiss). | 160-176 |
| 14. | 02/12/09 | Corporate Disclosure Statement by Heart Tronics, Inc. | 177-180 |
| 15. | 02/12/09 | Joinder re 8 MOTION to Dismiss Party David Z. Ribakoff MOTION to Change Venue/Transfer Case to Central District of California, 11 Declaration, 13 First MOTION to Dismiss Case for Lack of Jurisdiction, 9 Declaration, 10 MOTION to Dismiss Party by Defendant Heart Tronics, Inc. | 181-184 |
| 16. | 02/24/09 | RESPONSE in Opposition re 8 MOTION to Dismiss Party David Z. Ribakoff MOTION to Change Venue/Transfer Case to Central District of California, 13 First MOTION to Dismiss Case for Lack of Jurisdiction, 10 MOTION to Dismiss Party AND MOTION for Jurisdictional Discovery filed by Peter Strojnik, P.C. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6). | 185-228 |
| 17. | 02/24/09 | Notice re Notice of Service of doc 16 on Defendant Ribakoff by Peter Strojnik, P.C. re 16 Response in Opposition to Motion. | 229-230 |
| 18. | 02/01/09 | MOTION for Entry of Default and Default Judgment by Plaintiff Peter Strojnik, P.C. against Pollet, Richardson & Patel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4). | 231-243 |
| 19. | 03/04/09 | ORDER denying the 7 Motion to Allow Electronic Filing by a Party Appearing Without an Attorney, because of the problems associated with it. Signed by Judge Frederick J Martone on 3/3/09. | 244-245 |
| 20. | 03/11/09 | NOTICE of Appearance by Jay Lawrence Ciulla on behalf of David Zev Ribakoff. | 246-247 |
| 21. | 03/11/09 | Notice of JOINDER in Reply 23 by David Zev Ribakoff. | 248-250 |

iii

| 22. | 03/11/09 | DECLARATION of Declaration in Support of Notice of Joinder in Reply re 21 Other Notice by Defendant David Zev Ribakoff. | 251-254 |
|---|---|---|---|
| 23. | 03/11/09 | REPLY Memorandum of Points and Authoritites to Response to Motion in Support of Defendants 10 MOTION to Dismiss Party for Lack of Personal Jurisdiction filed by Luan Kinh Phan, Mary Claire Phan. | 255-269 |
| 24. | 03/16/09 | NOTICE of Appearance by Jay Lawrence Ciulla on behalf of Pollet, Richardson & Patel. | 270-271 |
| 25. | 03/16/09 | MOTION to Dismiss Party Pollet, Richardson & Patel, a California Law Corporation by Pollet, Richardson & Patel. | 272-282 |
| 26. | 03/16/09 | DECLARATION of Declaration of Addison Adams in Support of Motion to Dismiss and Objection to Entry of Default re 25 MOTION to Dismiss Party Pollet, Richardson & Patel, a California Law Corporation by Defendant Pollet, Richardson & Patel. (Attachments: # 1 Exhibit Exhibits to Adams Declaration). | 283-314 |
| 27. | 03/18/09 | REPLY in Support re 10 MOTION to Dismiss Party Joseph Cyril Maher filed by Joseph Cyril Maher, II. | 315-319 |
| 28. | 03/18/09 | ORDER − Rule 16 Scheduling Conference set for 5/29/2009 at 2:00 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Frederick J Martone. | 320-324 |
| 29. | 03/26/09 | NOTICE of Party Dismissal by Peter Strojnik, P.C. Party Alicia Dora Maher terminated. | 325-326 |
| 30. | 03/26/09 | NOTICE of Party Dismissal by Peter Strojnik, P.C. Party Mary Claire Phan terminated. | 327-328 |
| 31. | 03/26/09 | NOTICE of Party Dismissal by Peter Strojnik, P.C. Party Pollet, Richardson & Patel terminated. | 329-330 |
| 32. | 03/26/09 | NOTICE of Party Dismissal by Peter Strojnik, P.C., Peter Strojnik.  Party Jane Doe Ribakoff terminated. | 331-332 |

iv

**NOTICE OF FILING**

| | 33. | 03/26/09 | AMENDED COMPLAINT against Richardson & Patel LLP, ABC Defendants, Heart Tronics, Inc., Joseph Cyril Maher, II, Luan Kinh Phan, David Zev Ribakoff;Jury Demand, filed by Peter Strojnik, P.C., Peter Strojnik.  (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8). | 333-394 |
|---|---|---|---|---|
| | 34. | 04/02/09 | MOTION to Dismiss Case for Lack of Jurisdiction Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction by Luan Kinh Phan. | 395-408 |
| | 35. | 04/02/09 | DECLARATION of Declaration of Luan Kinh Phan In Support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction re 34 MOTION to Dismiss Case for Lack of Jurisdiction Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction by Defendant Luan Kinh Phan. | 409-412 |
| | 36. | 04/03/09 | Second MOTION to Dismiss Case for Lack of Jurisdiction by Joseph Cyril Maher, II.  (Attachments: # 1 Declaration of Joseph Maher in Support of Motion to Dismiss Amended Complaint). | 413-429 |
| | 37. | 04/03/09 | Joinder in Defendants Maher's and Phan's Motions to Dismiss First Amended Complaint by Defendant Heart Tronics, Inc. | 430-433 |
| | 38. | 04/07/09 | RESPONSE to Motion re 36 Second MOTION to Dismiss Case for Lack of Jurisdiction, 34 MOTION to Dismiss Case for Lack of Jurisdiction Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction filed by Peter Strojnik, P.C., Peter Strojnik. | 434-438 |
| | 39. | 04/08/09 | MOTION to Dismiss Party David Z. Ribakoff by David Zev Ribakoff. | 439-441 |
| | 40. | 04/13/09 | RESPONSE to Motion re 39 MOTION to Dismiss Party David Z. Ribakoff filed by Peter Strojnik, P.C., Peter Strojnik. | 442-443 |
| | 41. | 04/13/09 | REPLY in Support of Motion, re: 38 Response to Defendant Luan Kinh Phan's 34 Motion to Dismiss Plaintiffs' First Amended Complaint by Luan Kinh Phan. | 444-455 |

v

| 42. | 05/19/09 | NOTICE TO PARTY OF DEFICIENCY RE CORPORATE DISCLOSURE STATEMENT. | 456-457 |
| 43. | 05/23/09 | REPORT re: Rule 26(f) Planning Meeting by Peter Strojnik, P.C., Peter Strojnik. | 458-465 |
| 44. | 05/27/09 | ORDER − IT IS ORDERED DENYING dft's original motions to dismiss as moot (docs. 8, 10, 13, 25), and DENYING plas' 16 Motion for jurisdictional discovery.  IT IS ORDERED GRANTING dfts' alternative motions to transfer venue (docs. 34, 36, 39). IT IS ORDERED transferring this case to the United States District Court for the Central District of California.  Signed by Judge Frederick J Martone on 5/27/09. | 466-469 |

DATED: June 29, 2009                    BY:  /s/ Luan K. Phan
                                              Luan K. Phan in Pro Per

NOTICE OF FILING

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the **NOTICE OF FILING OF ALL DOCUMENTS FILED IN THE TRANSFEROR COURT (UNITED STATES DISTRICT COURT – DISTRICT OF ARIZONA – PHOENIX – CASE NO. 2:09-cv-128-PHX-FJM)** has been served on June 29, 2009, via electronically or by other means on all counsel of record, as indicated below:

Peter Kristofer Strojnik, Esq.
The Law Firm of Peter K. Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona  85012
pksesq@aol.com
*Representing Plaintiffs* – By ECF

Christopher Geoffrey Stuart
4310 N 75th St
Scottsdale, AZ 85251
480-874-9898
480-990-7860 (fax)
christopher.stuart@azbar.org
*Representing Heart Tronics, Inc. and Joseph Cyril Maher, II* – By ECF

Jay Lawrence Ciulla
Ciulla Torralba PLLC
3030 N. Central Ave.
Suite 608
Phoenix, AZ 85012
*Representing David Z. Ribakoff* – By ECF

/s/ Luan K. Phan
LUAN KINH PHAN (SBN 185985)
Email: lkplaw@yahoo.com
IN PRO PER
5885 W. 74th Street
Los Angeles, CA 90045
Phone: (310) 216-6724
Fax: (310) 943-2126

vii