Joseph C. Maher II (CSBN 164117)
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Tel. (310) 204-1910
Fax (310) 204-5083
Email: jcm222law@yahoo.com
IN PRO SE Defendant Joseph C. Maher, II, an individual d/b/a The Law Offices of Joseph C. Maher

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PETER STROJNIK, P.C., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEART TRONICS, INC., et al.,<br><br>Defendants. | CASE NO.: 2:09-cv-04096-GHK(RZx)<br><br>**RESPONSE OF DEFENDANT AND DECLARATION OF JOSEPH C. MAHER II IN COMPLIANCE WITH COURT ORDER TO SHOW CAUSE**<br><br>**[Filed Concurrently with Exhibit 1]**<br><br>Assigned to:   Hon. George H. King<br>Courtroom:    650 - Roybal Federal Bldg.<br>                       255 East Temple Street<br>                       Los Angeles, CA 90012 |

TO THE HONORABLE U.S. DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

- 1 -

RESPONSE OF DEFENDANT AND DECLARATION OF JOSEPH C. MAHER II IN COMPLIANCE WITH OSC

**PLEASE TAKE NOTICE** that Defendant files the following Declaration of Defendant Joseph C. Maher II in response to the July 10, 2009, minute order of this Court, Honorable George H. King, presiding, Docket Number 52 in the above-entitled action.

**PLEASE TAKE FURTHER NOTICE** that the Defendant respectfully requests this Court to take judicial notice, pursuant to Fed. R. Evidence, Rule 201 of the specific and detailed SEC public filing and public information whose accuracy cannot reasonably be questioned and which is capable of accurate and ready determination as set forth in the following Declaration.

**PLEASE TAKE FURTHER NOTICE** that the Defendant respectfully requests this Court to discharge the OSC and retain jurisdiction of this case. In the alternative, Defendant respectfully requests that if this Court finds any deficiencies in the stated corporate diversity facts set forth in the following declaration, that this Court would: (a) find that that a good faith and factual basis upon which to oppose the OSC has been set forth; (b) that a good faith and factual basis can be further established if needed; and (c) set a further OSC on this matter, allowing more time for Defendant Heart Tronics, Inc. to substitute in local California counsel and to file a response.

DATED: July 22, 2009

Respectfully Submitted,

BY: ____/s/ JCMaher/____.
Joseph C. Maher II  (CSBN 164117)
IN PRO SE
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Tel.: (310) 204-1920
Fax: (310) 204-5083
jcm222law@yahoo.com

- 2 -

RESPONSE OF DEFENDANT AND DECLARATION OF JOSEPH C. MAHER II IN COMPLIANCE WITH OSC

# DECLARATION OF JOSEPH C. MAHER II

I, JOSEPH C. MAHER II, declare as follows:

1.  I am a pro se litigant herein, having concurrently substituted into this matter. I am an attorney at law, admitted to practice before all the Courts of the State of California, and am admitted to this United States District Court, for the Central District of California. Except where stated otherwise, I have personal knowledge of the matters stated in this Declaration and, if called upon to do so, I could and would competently testify to the following.

2.  I am a citizen of the State of California, residing and working in Los Angeles County.

3.  From first-hand personal knowledge as prior legal counsel for Signalife, Inc., the following facts are known to me and are a matter of public record.

    (a) Within the last year, Defendant Heart Tronics completed a merger with Signalife, Inc.

    (b) Before the merger (which the circumstances of this instant action related to), Signalife was a Delaware Corporation with its principle place of business and corporate offices prior located at 531 South Main Street, Suite 301, Greenville, South Carolina 29601 (see, bottom of page 2, http://www.hearttronics.com/Pages/ProductsPDF/Fidelity_ProductSheet.pdf.) Thereafter the location of the corporate offices moved to Los Angeles, California. Before the merger and relocation of the corporate offices to Los Angeles, California, Signalife maintained employees in North Carolina.

    (c) After the merger, Heart Tronics, Inc. is a Delaware Corporation, with its principle place of business and corporate offices located in Los Angeles, California. This is confirmed on the current Heart Tronics website (hearttronics.com), which lists the following, "Headquarters and R & D Facility, Heart Tronics, Inc., 4705 Laurel Canyon Bl., Suite 203, Studio City, CA 91607 USA." (See, http://www.hearttronics.com/Pages/Contact-Corp-Offices.asp.) This is also confirmed

1  in the recent SEC 8-K filings.  (A true and correct copy of information from the SEC
2  website is pasted immediately below; see SEC website at
3  http://www.sec.gov/Archives/edgar/data/810365/000081036509000004/htform8kaedr
4  esign217095.htm.)

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

_____

**FORM 8—K/A**

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of The Securities Act of 1934**

_____

**Date of report (date of earliest event reported):  February 17, 2009**

**HEART TRONICS, INC.**
(Exact name of registrant as specified in its charter)

| **Delaware** | **333-111683** | **87-0441351** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**4705 Laurel Canyon Boulevard, Suite 203**
**Studio City, California 91607**
**(818) 432-4560**
(Address of principal executive offices) (Zip Code)
(Registrant's telephone number, including area code)
**SIGNALIFE, INC.**
**531 South Main Street, Suite 301**
**Greenville, South Carolina 29601**
(Former name or former address, if change since last report)

(d)   Heart Tronics on its web page lists a board of advisors who are doctors practicing in North Carolina, Ohio and California.  (See, http://www.hearttronics.com/Pages/Who-Advisors.asp.)  Heart Tronics also lists on its

- 4 -

RESPONSE OF DEFENDANT AND DECLARATION OF JOSEPH C. MAHER II IN COMPLIANCE WITH OSC

1  web page, management team and board of director members.  (See,
2  http://www.hearttronics.com/Pages/Who-Directors.asp.)  Personally known to me,
3  Willie Gault and Roland Perkins are located in California.  The individuals listed on
4  these Heart Tronic web pages are also listed in the most recent SEC 10-Q filing of
5  Signalife/Heart Tronics.

6        (e)    Signalife, now Heart Troncis, produces a revolutionary ECG heart
7  monitor, the "Fidelity 100", which based on my knowledge, has been and still is
8  manufactured by Ventrex, located in Ventura, California.

9        (f)    Filed as Exhibit 1, to this declaration, is a true and correct copy of
10 the most recent SEC 10-Q filing of Signalife/Heart Tronics, dated November 19,
11 2008, which is a public filing available on the SEC website at –
12 http://www.sec.gov/Archives/edgar/data/810365/000081036508000038/signalife10qf
13 or93020089fored.htm.

14     4.    I am providing this information to the Court at this time, until Defendant
15 Heart Tronics is able to secure local California counsel to represent it in the State of
16 California.  I have read this Court's order (Docket No. 52), and I am presenting as
17 much factual information as I have available to me at this time.  I believe that
18 information I have presented above, and do present below, complies with the Court
19 order to show cause regarding the corporate citizenship for diversity purposes.  I
20 spoke with Mr. Stuart who is licensed only in the State of Arizona, and is anticipating
21 that Heart Tronics will engage its California counsel for this matter.  Due to the short
22 filing window for this OSC, the substitution has not occurred yet.  Mr. Stuart has
23 received and reviewed a copy of this declaration, and approves its content for Heart
24 Tronics.

25     5.    This Court's order, at page 2 requested information concerning:
26 "Important factors in making this determination are the locations where income is
27 earned, purchases are made, and sales take place, as well as the location of employees,
28

RESPONSE OF DEFENDANT AND DECLARATION OF JOSEPH C. MAHER II IN COMPLIANCE WITH OSC

1  tangible property, and production activities." Based on the above stated facts, California is predominately the location where all of these activities occur.

6. This Court's order, at page 2 also requested information concerning: "In order to properly determine corporate citizenship, we require information, for each of the top five states in which a corporate party conducts business, in at least the following categories: (1) the number of employees it has in each state; (2) the percentage of its sales originating in each state; (3) the percentages of its assets held in each state. We also require information on the location of a corporate party's headquarters, but we will revert to the use of the 'nerve center' test only if the response information shows that a corporate entity's operations do not predominate in a single state."

7. Attached as Exhibit 1, is the 10-Q filing of Signalife, wherein public record references are made with respect to business dealings of the company. Turning to page (pdf pg.10, report pg.2) sales are not at issue as factor and have not been in prior 10-Q filings. But for example, at page (pdf pg.22, report pg.10), a large outside sales contract was entered into with Rubbermaid Inc., (d/b/a Rubbermaid Medical Solutions) 8936 NorthPointe Executive Drive, Huntersville, North Carolina (this eventually resulted in litigation) that generated significant money. Rubbermaid is an Ohio Corporation, with its principle place in Huntersville, North Carolina.

8. Also listed on page (pdf pg.22, report pg.10) of the 10-Q, is the research and development operating expenses and general operational expenses which demonstrate the research and development of the core product of the company (the Fidelity 100) is actively developed and maintained in the State of California.

9. Additionally, from the 10-Q filing of Signalife, at pages (pdf pg.18, report pg.7) and (pdf pg.31, report pg.17), the company entered into a series of transactions with YA Global Investments, LP. Based on available public information from the SEC website, YA Global Investments, on their SEC Schedule 13G filing, list

1  their business offices are located at 101 Hudson Street, Suite 3700, Jersey City, New
2  Jersey 07302.  (See, Sec website at --
3  http://www.sec.gov/Archives/edgar/data/1000285/000114420409005508/v138961_sc
4  13ga.htm.)
5       10.    Likewise from the 10-Q filing of Signalife, at pages (pdf pg.33, report
6  pg.19), the company entered into transactions with Trellus Partners, LP.  Based on
7  available public information (Form D, filed on March 16, 2009 by Trellus Partners,
8  LP, CIK Filer ID Number 0001133880), Trellus Partners, LP is a Delaware limited
9  partnership, with its principal place of business, New York, New York.  (Please see
10 Edgar website,
11 http://google.brand.edgar-
12 online.com/DisplayFilingInfo.aspx?Type=HTML&text=%2526lt%253bNEAR%252f
13 4%2526gt%253b(%22ANTHONY+G%22%2c%22MILLER%22)+%2526lt%253bO
14 R%2526gt%253b+%2526lt%253bNEAR%252f4%2526gt%253b(%22ANTHONY+G
15 .%22%2c%22MILLER%22)&FilingID=6481223&ppu=%2fPeopleFilingResults.aspx
16 %3fPersonID%3d2332676%26PersonName%3dANTHONY%2520G.%2520MILLE
17 R.)
18      11.    Moreover, from the 10-Q filing of Signalife, at pages (pdf pg. 54, report
19 pg.7) a series of financial stock transactions were handled by Signalife entering into a
20 Placement Agent Agreement with Newbridge Securities Corporation, a NASD
21 registered broker-dealer, which acted as Signalife's exclusive placement agent in
22 transactions listed therein the 10-Q.  Based on available public information (Form
23 CIK Filer ID Number 0001113241 filed on February 27, 2009, by Newbridge
24 Securities Corporation), Newbridge Securities Corporation is incorporated in Vermont
25 with its principal offices at 1451 West Cypress Creek Road, Suite 204, Fort
26 Lauderdale, Florida 33309.  (Please see the SEC websites:
27 (i) http://www.sec.gov/cgi-bin/browse-idea?CIK=0001113241&action=getcompany;
28 and (ii) http://www.sec.gov/Archives/edgar/vprr/09/9999999997-09-008999.)

RESPONSE OF DEFENDANT AND DECLARATION OF JOSEPH C. MAHER II IN COMPLIANCE WITH OSC

12. I respectfully request that this Court discharge the OSC and retain jurisdiction of this case. In the alternative, I respectfully request that if this Court finds any deficiencies in the stated corporate diversity facts set forth herein, that this Court would: (a) find that that a good faith and substantial factual basis upon which to oppose the OSC has been set forth and established; (b) that a good faith and factual basis can be further established if needed; and (c) set a further OSC on this matter, allowing more time for Defendant Heart Tronics, Inc. to substitute in local California counsel and to file a response which would provide more facts pertinent to the OSC.

I declare under penalty of perjury under the laws of the State of California, that the foregoing statements are true and correct.

Executed this 22nd day of July, 2009, at Los Angeles, California.

_____
Joseph C. Maher II, Declarant

RESPONSE OF DEFENDANT AND DECLARATION OF JOSEPH C. MAHER II IN COMPLIANCE WITH OSC

# **CERTIFICATE OF SERVICE**

CASE NO.  2:09-cv-04096-GHK(RZx)

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF LOS ANGELES  )

The undersigned hereby certifies that a copy of **RESPONSE OF DEFENDANT AND DECLARATION OF JOSEPH C. MAHER IN COMPLIANCE WITH COURT ORDER TO SHOW CAUSE** has been served this 22nd day of July, 2009, via electronically or by other means on all counsel of record, as indicated below:

Peter Kristofer Strojnik, Esq.
The Law Firm of Peter K. Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Tel.: (602) 297-3019
Fax: (602) 264-1441
Email: pksesq@aol.com
*Representing Plaintiffs* – By ECF

Jay Lawrence Ciulla
Ciulla Torralba PLLC
3030 N. Central Ave.
Suite 608
Phoenix, AZ 85012
Tel.: (602) 495-0053
Fax: (602) 258-7199
Email:
*Representing David Z. Ribakoff* – By ECF and First Class Mail

Christopher Geoffrey Stuart
4310 N 75th St
Scottsdale, AZ 85251
Tel.: (480) 874-9898
Tel.: (480) 990-7860
Email: christopher.stuart@azbar.org
*Attorney for Heart Tronics and Former Attorney for Joseph Cyril Maher II* – By ECF and First Class Mail

Luan Kinh Phan
5885 W. 74th Street
Los Angeles, CA 90045
Tel.: (310) 216-6724
Fax: (310) 943-2126
Email: lkplaw@yahoo.com
*Defendant In Pro Se* – By ECF

BY: _/s/ JCMaher_ .
Joseph C. Maher II  (CSBN 164117)
IN PRO SE
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Tel.: (310) 204-1920
Fax: (310) 204-5083
jcm222law@yahoo.com