LUAN KINH PHAN (SBN 185985)
Email: lkplaw@yahoo.com
IN PRO PER
5885 W. 74th Street
Los Angeles, CA 90045
Phone: (310) 216-6724
Fax: (310) 943-2126

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HEART TRONICS, INC., a Delaware Corporation f/k/a Signalife, Inc.; JOSEPH CYRIL MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; RICHARDSON & PATEL, LLP, a California limited liability partnership; LUAN KINH PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; ABC DEFENDANTS 1-50,<br><br>Defendants. | Case No. CV09-4096 GHK (RZx)<br><br>Hon. George H. King<br>Dept.: 650<br><br>**RESPONSE TO JULY 10, 2009 ORDER TO SHOW CAUSE**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: December 15, 2008<br>Discovery Cut-Off:<br>Trial Date: |

1

All of the defendants in this matter are California citizens and residents and are not, and have never been, citizens or residents of Arizona. We believe that the U.S. District Court, Central District of California, does have diversity jurisdiction because the plaintiffs are Arizona residents and the defendants are all non-Arizona residents, and the amount in controversy, as pleaded in the Complaint, exceeds the jurisdictional minimum.

However, if the Court, for whatever reason, finds that it lacks subject matter jurisdiction, the proper action for the Court would be to dismiss, not remand, because the U.S. District Court in Arizona has already determined that Arizona is not a proper venue. *See* Fed.R.Civ.P. Rule 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must *dismiss* the action.") (Emphasis added).

DATED: July 22, 2009              BY:  /s/ Luan K. Phan
                                       Luan K. Phan in Pro Per

**PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the **RESPONSE TO JULY 10, 2009 ORDER TO SHOW CAUSE** has been served on July 22, 2009, via electronically or by other means on all counsel of record, as indicated below:

Peter Kristofer Strojnik, Esq.
The Law Firm of Peter K. Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona  85012
pksesq@aol.com
*Representing Plaintiffs* – By ECF

Christopher Geoffrey Stuart
4310 N 75th St
Scottsdale, AZ 85251
480-874-9898
480-990-7860 (fax)
christopher.stuart@azbar.org
*Representing Heart Tronics, Inc. and Joseph Cyril Maher, II* – By ECF

Jay Lawrence Ciulla
Ciulla Torralba PLLC
3030 N. Central Ave.
Suite 608
Phoenix, AZ 85012
*Representing David Z. Ribakoff* – By ECF

/s/ Luan K. Phan
LUAN KINH PHAN (SBN 185985)
Email: lkplaw@yahoo.com
IN PRO PER
5885 W. 74th Street
Los Angeles, CA 90045
Phone: (310) 216-6724
Fax: (310) 943-2126