| | |
|---|---|
| 1 | DAVID Z. RIBAKOFF (SBN 162925) |
| 2 | 6080 Center Drive, Suite 610 |
|   | Los Angeles, CA 90045 |
| 3 | Telephone: (310) 242-5603 |
| 4 | Facsimile: (310) 943-2126 |
|   | Email: dribakoff@lkplaw.com |
| 5 | |
| 6 | Attorney for Defendant David Zev Ribakoff |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual, | Case No. CV09-4096 GHK (RZx) |
| | Hon. George H. King |
| | Dept.: 650 |
| Plaintiffs, | |
| v. | **DECLARATION OF DEFENDANT DAVID Z. RIBAKOFF IN RESPONSE TO ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION** |
| HEART TRONICS, INC., a Delaware Corporation f/k/a Signalife, Inc.; JOSEPH CYRIL MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; RICHARDSON & PATEL, LLP, a California limited liability partnership; LUAN KINH PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; ABC DEFENDANTS 1-50, | |
| Defendants. | |

1

# DECLARATION OF DAVID Z. RIBAKOFF

I David Z. Ribakoff, declare as follows:

1.I am a named defendant in this action. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify to these facts under oath.

2.I am a resident and citizen of the State of California, and have been so all of my life. I have never been a resident or citizen of the State of Arizona.

3.I hereby join in the substantive response to the Order to Show Cause of Defendant Luan K. Phan, filed and served today.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of July, 2009, at Los Angeles, California.

/s/David Z. Ribakoff

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the **DECLARATION OF DEFENDANT DAVID Z. RIBAKOFF IN RESPONSE TO ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION** has been served on July 22, 2009, via electronically or by other means on all counsel of record, as indicated below:

Peter Kristofer Strojnik, Esq.
The Law Firm of Peter K. Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona  85012
pksesq@aol.com
*Representing Plaintiffs* – By ECF

Christopher Geoffrey Stuart
4310 N 75th St
Scottsdale, AZ 85251
christopher.stuart@azbar.org
*Representing Heart Tronics, Inc.*– By ECF

Joseph C Maher, II
Law Office of Joseph C Maher
9025 Wilshire Blvd, 5th Floor
Beverly Hills, CA 90211
jcm222law@yahoo.com
*Representing Himself* – By ECF

Luan K. Phan
5885 W. 74th Street
Los Angeles, CA 90045
lphan@lkplaw.com
*Representing Himself* – By ECF

/s/ DAVID Z. RIBAKOFF
DAVID Z. RIBAKOFF (SBN 162925)
6080 Center Drive, Suite 610
Los Angeles, CA 90045
Email: dribakoff@lkplaw.com