*E-FILED*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4096-GHK (RZx) | Date | July 28, 2009 |
|---|---|---|---|
| Title | *Peter Strojnik, et al. v. Heart Tronics, Inc., et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Order Discharging Order to Show Cause

On July 10, 2009, we issued an Order to Show Cause why the above-captioned action should not be remanded for lack of subject matter jurisdiction. On July 22, 2009, Defendants timely filed a response to that Order to Show Cause. The Order to Show Cause is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Deputy Clerk | AB for Bea |