**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, P.C.; PETER STROJNIK, individually, | NO. 2:09-cv-4096-GHK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | **AND** |
| HEART TRONICS, INC. et al, | **MOTION TO STAY DECISION ON DOC. 67 PENDING FORTHCOMING STIPULATION OF DISMISSAL** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that all Parties have settled the above controversy. The Parties have agreed on the formal terms of the settlement, which are confidential, and are currently circulating the necessary documents for signature. In light of the settlement and the numerous parties in this matter, Plaintiff respectfully requests the Court delay ruling on Doc. 67 until the Stipulation of Dismissal is filed. At that point, Doc. 67 will be moot. Plaintiff respectfully requests 45 days from the date below – October 15, 2009.

RESPECTFULLY SUBMITTED this 31st Day of August, 2009.

1
2           THE LAW FIRM OF PETER STROJNIK
3
4   _____
5   Peter Kristofer Strojnik
   Attorney for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25