DAVID Z. RIBAKOFF (SBN 162925)
6080 Center Drive, Suite 610
Los Angeles, CA 90045
Telephone: (310) 242-5603
Facsimile: (310) 943-2126
Email: dribakoff@lkplaw.com

Attorney for Defendant David Zev Ribakoff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>HEART TRONICS, INC., a Delaware Corporation f/k/a Signalife, Inc.; JOSEPH CYRIL MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; RICHARDSON & PATEL, LLP, a California limited liability partnership; LUAN KINH PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; ABC DEFENDANTS 1-50,<br><br>　　　　　　　　Defendants. | Case No. CV09-4096 GHK (RZx)<br><br>Hon. George H. King<br>Dept.: 650<br><br>**NOTICE OF JOINDER AND JOINDER BY DEFENDANT DAVID Z. RIBAKOFF IN DEFENDANT LUAN K. PHAN'S PENDING SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16; SUPPORTING DECLARATION OF DAVID Z. RIBAKOFF** |

1

**JOINDER IN SPECIAL MOTION TO STRIKE; DECLARATION OF DAVID Z. RIBAKOFF**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS' OF RECORD:

PLEASE TAKE NOTICE that Defendant David Z. Ribakoff hereby joins in the pending Special Motion to Strike Pursuant to California Code of Civil procedure section 425.16 ("Anti-SLAPP"), brought by Defendant Luan K. Phan, and now pending for the Court's determination.

As set forth in the accompanying Declaration of David Z. Ribakoff, good cause exists for the Court to permit this joinder. Defendants Ribakoff and Phan are identically situated in this action and all of the reasons set forth in Defendant Phan's Motion apply with equal force to Defendant Ribakoff. Defendant Ribakoff refrained from filing his own Anti-SLAPP motion, in reliance on Plaintiff's counsel's assurance that this action was being settled which would result in the dismissal of this action. This assurance was provided in direct response to Mr. Ribakoff's request to meet and confer pursuant to Local Rule 7-3, in advance of filing his own Anti-SLAPP motion. Ribakoff Declaration, ¶ 2, Exhibit "A."

On September 23, 2009, Defendant Ribakoff received an email from Plaintiff's counsel, which states that he has "revoked the offer to Signalife and Heart Tronics." Presumably, Plaintiff intends to continue litigating this action against those parties, and not dismiss the entire action with prejudice. Ribakoff Declaration, ¶ 2, Exhibit "B." Because of this change in circumstances, and the delay in finalizing a settlement, good cause exists to permit the joinder by Defendant Ribakoff in the pending Anti-SLAPP motion brought by Defendant Phan.

DATED: September 24, 2009          DAVID Z. RIBAKOFF, PRO PER
                                   /s/David Z. Ribakoff

**JOINDER IN SPECIAL MOTION TO STRIKE; DECLARATION OF DAVID Z. RIBAKOFF**

## DECLARATION OF DAVID Z. RIBAKOFF

I David Z. Ribakoff, declare as follows:

1. I am a named defendant in this action. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify to these facts under oath. I make this declaration in support of my joinder in the pending Special Motion to Strike Pursuant to California Code of Civil Procedure section 425.16, brought by Defendant Luan Phan (the "Anti-SLAPP Motion").

2. Attached hereto as Exhibit "A" is a true and correct copy of my August 4, 2009 email exchange with Plaintiff's counsel, Peter Strojnik.

3. Attached hereto as Exhibit "B" is a true and correct copy of a September 23, 2009 email that I received from Mr. Strojnik.

4. I refrained from filing my own anti-SLAPP motion in reliance upon Mr. Strojnik's assurance that a settlement of this action had been reached with all parties. In fact, this assurance was given in response to my request to meet and confer with Mr. Strojnik, pursuant to Local Rule 7-3, in advance of filing my own anti-SLAPP motion. Because the settlement appears to have unraveled, I believe that good cause exists for the Court to permit my joinder in the Anti-SLAPP Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of September, 2009, at Los Angeles, California.

/s/ David Z. Ribakoff

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the **NOTICE OF JOINDER AND JOINDER BY DEFENDANT DAVID Z. RIBAKOFF IN DEFENDANT LUAN K. PHAN'S PENDING SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16; SUPPORTING DECLARATION OF DAVID Z. RIBAKOFF** has been served on September 24, 2009, via electronically or by other means on all counsel of record, as indicated below:

Peter Kristofer Strojnik, Esq.
The Law Firm of Peter K. Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
pksesq@aol.com
*Representing Plaintiffs* – By ECF

Christopher Geoffrey Stuart
4310 N 75th St
Scottsdale, AZ 85251
christopher.stuart@azbar.org
*Representing Heart Tronics, Inc.* – By ECF

Joseph C Maher, II
Law Office of Joseph C Maher
9025 Wilshire Blvd, 5th Floor
Beverly Hills, CA 90211
jcm222law@yahoo.com
*Representing Himself* – By ECF

Luan K. Phan
5885 W. 74th Street
Los Angeles, CA 90045
lphan@lkplaw.com
*Representing Himself* – By ECF

/s/ DAVID Z. RIBAKOFF
DAVID Z. RIBAKOFF (SBN 162925)
6080 Center Drive, Suite 610
Los Angeles, CA 90045

**JOINDER IN SPECIAL MOTION TO STRIKE; DECLARATION OF DAVID Z. RIBAKOFF**