**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> HEART TRONICS, INC., et al., <br><br> Defendants. | NO. 2:09-cv-4096-GHK <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiffs and Defendants Maher, Ribakoff, and Phan having settled the above controversy, Plaintiff hereby dismisses with prejudice the following defendants: (i) Joseph C. Maher, II, d/b/a The Law Offices of Joseph C. Maher; (ii) David Zev Ribakoff; and, (iii) Luan K. Phan. This Notice of Dismissal shall not affect Plaintiff's claims against the remaining Defendants.

DATED this 5th Day of October, 2009.

THE LAW FIRM OF PETER STROJNIK

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorney for Plaintiffs