AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Heart Tronics, Inc.
was received by me on *(date)* 12/16/2008 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Incorporating Services, LTD , who is designated by law to accept service of process on behalf of *(name of organization)* Heart Tronics, Inc. on *(date)* 12/23/2008 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 9.70 for travel and $ 0.00 for services, for a total of $ 9.70 .

I declare under penalty of perjury that this information is true.

Date: 10/06/2009

*Server's signature*

Tanya C. Strojnik, Office Manager
*Printed name and title*

3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

*Server's address*

Additional information regarding attempted service, etc: