LINK TO DOC. # 67

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4096-GHK (RZx) | Date | January 13, 2010 |
|---|---|---|---|
| Title | *Peter Strojnik, et al. v. Heart Tronics, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers) Order re:** Defendant Phan's Special Motion to Strike; Default

On October 5, 2009, Plaintiffs Peter Strojnik, P.C. and Peter Strojnik (collectively, "Plaintiffs") filed a Notice of Voluntary Dismissal With Prejudice ("Notice") with respect to Defendants Joseph C. Maher, David Ribakoff, and Luan Phan. In light of this, Defendant Luan Phan's Special Motion to Strike, filed on August 7, 2009, is hereby **DENIED as moot.**

Plaintiffs' Notice stated that the dismissal of the above Parties "shall not affect Plaintiff's claims against the remaining Defendants." The remaining Defendants in this matter, Heart Tronics, Inc. and Pollet, Richardson & Patel, LLP, have neither moved for dismissal, nor answered the Complaint. *See* FED. R. CIV. PROC. 12(a)(1), (4). Thus, **within twelve (12) days** hereof, Plaintiffs are **ORDERED** to either (a) request entry of default against any properly served Defendant who has not responded, *see* FED. R. CIV. PROC. 55(a); or (b) show cause, in writing, why any Defendant who has not been properly served should not be dismissed without prejudice for lack of prosecution, *see* FED. R. CIV. PROC. 41(b); L.R. 41-1. If Plaintiffs fail to timely respond, we will deem such failure as Plaintiffs' abandonment of this action, and we will dismiss the action as to those remaining Defendants.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| | Initials of Preparer | Bea |