E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4096-GHK (RZx) | Date | January 26, 2010 |
|---|---|---|---|
| Title | *Peter Strojnik, et al. v. Heart Tronics, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order Dismissing Remaining Defendants**

    Plaintiffs Peter Strojnik, P.C. and Peter Strojnik's (collectively, "Plaintiffs") Notice of Voluntary Dismissal With Prejudice, filed on October 5, 2009, only operated as a dismissal with respect to Plaintiffs' claims against Defendants Joseph C. Maher, David Ribakoff, and Luan Phan. In our January 13, 2010 Order we noted that the remaining Defendants in this matter, Heart Tronics, Inc. and Pollet, Richardson & Patel, LLP, had neither moved for dismissal, nor answered the Complaint. In light of this, we ordered Plaintiffs to either (a) request entry of default against any properly served Defendant who had not responded; or (b) show cause, in writing, why any Defendant who had not been properly served should not be dismissed without prejudice for lack of prosecution. We cautioned Plaintiffs that failure to timely respond within twelve days would be deemed Plaintiffs' abandonment of this action. The docket reflects that Plaintiffs have failed to timely request entry of default or otherwise respond to our Order. Pursuant to our January 13, 2010 Order, Plaintiffs are **DEEMED** to have abandoned this action, and we therefore **DISMISS** Defendants Heart Tronics, Inc. and Pollet, Richardson & Patel, LLP.

    **IT IS SO ORDERED.**

| | -- | : | -- |
|---|---|---|---|
| | Initials of Preparer | | Bea |