E-FILED: **1/26/10**
JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Peter Strojnik, et al.** )<br>            )<br>        Plaintiffs, )<br>            )<br>    v.       )<br>            )<br>**Heart Tronics, Inc., et al.** )<br>            )<br>        Defendants. )<br>_____ ) | **CASE NO. CV 09-4096-GHK (RZx)**<br><br>**JUDGMENT** |

On October 5, 2009, Plaintiffs Peter Strojnik, P.C. and Peter Strojnik (collectively, "Plaintiffs") filed a Notice of Voluntary Dismissal With Prejudice with respect to Defendants Joseph C. Maher, David Ribakoff, and Luan Phan.  Furthermore, based on our January 26, 2010 Order dismissing the remaining Defendants for failure to prosecute, **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendants Heart Tronics, Inc. and Pollet, Richardson & Patel, LLP.

   **IT IS SO ORDERED**.

DATED: January 26, 2010

                                   _____
                                       GEORGE H. KING
                                   United States District Judge